UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BRANDON BROUSSARD     CIVIL ACTION

VERSUS

STATE FARM FIRE AND CASUALTY
COMPANY ET AL.     NO. 22-01082-BAJ-EWD

### ORDER AND PARTIAL JUDGMENT

**IT IS ORDERED** that Plaintiff's **Motion To Substitute Pleading (Doc. 27)** be and is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall substitute the pleading currently filed at Doc. 26 with Plaintiff's proposed pleading at Doc. 27-2.

Considering Plaintiff's **Motion To Dismiss Improperly Named Defendants Without Prejudice (Doc. 26)**, which seeks dismissal without prejudice of all claims against Defendants State Farm General Insurance Company and State Farm Mutual Automobile Insurance Company *only*,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Motion be and is hereby **GRANTED**, and that all claims against Defendants State Farm General Insurance Company and State Farm Mutual Automobile Insurance Company be and are hereby **DISMISSED WITHOUT PREJUDICE** pursuant to pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), each party to bear its own costs and attorney fees.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Defendants State Farm General Insurance Company and State Farm Mutual Automobile Insurance Company be and are hereby **TERMINATED** as parties to this action.

Baton Rouge, Louisiana, this 16th day of November, 2023

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA