UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BRANDON BROUSSARD                                CIVIL ACTION

VERSUS

STATE FARM FIRE AND                       NO. 22-01082-BAJ-EWD
CASUALTY COMPANY ET AL.

## JUDGMENT

Considering the **Joint Motion And Order For Dismissal (Doc. 40)**, which the Court construes as a stipulation of dismissal that dismisses the above-captioned action with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii),

**IT IS ORDERED, ADJUDGED, AND DECREED** that the above-captioned action be and is hereby **DISMISSED WITH PREJUDICE**, each party to bear its own costs of court.

Baton Rouge, Louisiana, this 31st day of May, 2024

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**